IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| CENTRAL LABORERS' PENSION FUND, et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 06-3159 |
| MARK GATES d/b/a GATES CONSTRUCTION COMPANY, | ) ) ) | |
| Defendant. | ) | |

## OPINION

JEANNE E. SCOTT, U.S. District Judge:

This cause comes before the Court on Plaintiffs' Motion for Default Judgment or, in the Alternative, Motion for an Accounting/Evidentiary Hearing (d/e 7). The Court, being fully advised in the premises, finds that Defendant, Mark Gates d/b/a Gates Construction Company, has failed to answer the Complaint filed herein in a timely fashion as required by the Federal Rules of Civil Procedure.

Plaintiffs' Motion asks that the Court order an accounting of the amount owing from Defendant to the Plaintiffs for unpaid contributions for the period August 1, 2003, through the present.

1

THEREFORE, the Plaintiffs' Motion for Default Judgment or, in the Alternative, Motion for an Accounting/Evidentiary Hearing (d/e 7) is ALLOWED in part. The Court orders Defendant, Mark Gates d/b/a Gates Construction Company, to appear and produce contribution reporting forms, and any and all payroll books and records pertinent to this action for the period from August 1, 2003, through the present, at the law offices of Cavanagh & O'Hara, 407 East Adams Street, Springfield, Illinois, on October 31, 2006, at 1:30 p.m. The Court denies, without prejudice, the Plaintiffs' request for a default judgment at this time. Plaintiffs may renew their request for judgment when they have completed the accounting and ascertained the amounts owing for unpaid contributions and other damages and costs.

IT IS THEREFORE SO ORDERED.

ENTER: October 17, 2006.

    FOR THE COURT:

                                      s/ Jeanne E. Scott
                                      JEANNE E. SCOTT
                                      UNITED STATES DISTRICT JUDGE